# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-1180**  **September Term, 2025**

EPA-90FR41829

**Filed On: September 18, 2025** [2135540]

REH Company, LLC,

    Petitioner

  v.

Environmental Protection Agency,

    Respondent

------------------------------

Consolidated with 25-1187

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioners in case No. 25-1187 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | October 20, 2025 |
| Statement of Issues to be Raised | October 20, 2025 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Lynda M. Flippin
Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form