# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 25-1180** | **September Term, 2025** |
| | **EPA-90FR41829** |
| | **Filed On: September 26, 2025** [2137153] |

REH Company, LLC,

      Petitioner

      v.

Environmental Protection Agency,

      Respondent

------------------------------

Consolidated with 25-1187

## O R D E R

    Upon consideration of the unopposed motion for extension of time to respond to motion to sever and for expedited briefing and consideration, it is

    **ORDERED** that the motion for extension of time be granted. Any response to the motion to sever and for expedited briefing and consideration is now due October 6, 2025.

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                    BY:    /s/
                              Louis Karl Fisher
                              Deputy Clerk