**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| REH COMPANY, LLC,  )<br>  )<br>  *Petitioner*,  )<br>  )<br>  v.  )<br>  )<br>UNITED STATES ENVIRONMENTAL  )<br>PROTECTION AGENCY,  )<br>  )<br>  *Respondent*.  ) | Case No. 25-1180 |

**NON-BINDING STATEMENT OF ISSUES TO BE RAISED**

Pursuant to this Court's Order of August 28, 2025, Petitioner REH Company, LLC submits its non-binding statement of issues to be raised.

1. Whether the U.S. Environmental Protection Agency's ("EPA") decision in its "August 2025 Decisions on Petitions for RFS Small Refinery Exemptions," EPA-420-R-25-010 ("2025 Decisions"), to grant partial exemptions from the renewable fuel standards ("RFS") program was arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law.

2. Whether EPA's decisions regarding small refinery exemption petitions from the Sinclair Wyoming Refining Company ("SWRC") and the Sinclair Casper Refining Company ("SCRC") for the 2018 (SWRC) and for the

2019 and 2020 (both refineries) compliance years unlawfully failed to consider "other economic factors" as required by 42 U.S.C. §7545(o)(9)(B)(ii).

3. Whether EPA's remedy (the return of SWRC's and SCRC's expired and worthless renewable fuel credits) for the "disproportionate economic hardship" EPA recognized in granting SWRC's and SCRC's exemption petitions is arbitrary, capricious, an abuse of discretion or otherwise not in accordance with law.

4. Whether EPA's decision was otherwise arbitrary, capricious, an abuse of discretion or otherwise not in accordance with law.

REH reserves the right to amend this non-binding statement of issues.

Date: September 29, 2025          Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey R. Holmstead*
　　　　　　　　　　　　　　　　　　　　Jeffrey R. Holmstead
　　　　　　　　　　　　　　　　　　　　Brittany M. Pemberton
　　　　　　　　　　　　　　　　　　　　Bracewell LLP
　　　　　　　　　　　　　　　　　　　　2001 M Street N.W., Suite 900
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　(202) 828-5800 (telephone)
　　　　　　　　　　　　　　　　　　　　(202) 857-4812 (facsimile)
　　　　　　　　　　　　　　　　　　　　Jeff.Holmstead@bracewell.com
　　　　　　　　　　　　　　　　　　　　Brittany.Pemberton@bracewell.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25(d), I hereby certify that I have this day caused the foregoing Non-Binding Statement of Issued to be Raised to be delivered electronically through CM/ECF on all ECF registered counsel of record.

Date: September 29, 2025                    Respectfully submitted,

*/s/ Jeffrey R. Holmstead*
Jeffrey R. Holmstead