# Exhibit

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| REH CO. LLC,<br><br>    Petitioner,<br><br>    v.<br><br>EPA,<br><br>    Respondent. | Case No. 25-1180<br>(consolidated) |

## DECLARATION OF EMILY SKOR

1. My name is Emily Skor. I am over 18 years of age and am competent to give this Declaration. This Declaration is based on personal knowledge. I am submitting this Declaration on behalf of Growth Energy in the above-captioned matter.

2. I serve as the CEO of Growth Energy, a position I have held since May 2016. Growth Energy is a national trade association dedicated to promoting the commercial production and use of renewable fuels, particularly conventional and cellulosic ethanol derived from corn, sorghum, and kernel fiber.

3. The Renewable Fuel Standards ("RFS") annual volume requirements define the amount of renewable fuel that must be blended into the nation's transportation fuel supply, i.e., define the nationwide demand for renewable fuel.

4. Ethanol is by far the dominant renewable fuel used in domestic transportation and by far the dominant renewable fuel used to comply with the RFS annually. Generally, about 14 billion gallons of ethanol are blended into the U.S. gasoline supply to comply with the RFS. That constitutes about 60% of all renewable fuel used to comply with the RFS annually and about 92% of the renewable fuel used to meet the RFS's "implied non-advanced" requirement, i.e., the difference between the required advanced level and the required total level.

5. In the market for transportation fuel, renewable fuel competes directly with petroleum-based fuel. Any renewable fuel that is used for transportation purposes displaces the petroleum-based fuel that would otherwise be used.

6. Because the RFS requirements specify the amount of renewable fuel that must be used, they function as a regulatory barrier to competition—up to the level mandated by the RFS, petroleum is legally barred from competing with ethanol for the content of the nation's transportation fuel. Therefore, lowering the RFS requirements expands the zone of competition that renewable-fuel producers will face from petroleum producers.

7. Growth Energy has 97 members, all of which produce and sell ethanol in the United States. Growth Energy's members produce about 60% of the ethanol used to meet the RFS requirements annually and about 55% of the renewable fuel used to meet the RFS's "implied non-advanced" requirement.

8. Small-refinery exemptions ("SREs") reduce the effective RFS requirements, reducing the national demand for renewable fuel and allowing more competition from petroleum for the content of the nation's transportation fuel.

9. Therefore, any action that grants or increases the size of an SRE, or that otherwise allows an SRE to result in additional RINs being available for compliance, necessarily reduces the national demand for the ethanol produced by Growth Energy's members and increases the competition that its members' ethanol will face from petroleum for the content of the nation's transportation fuel.

10. Accordingly, any such action will harm Growth Energy's members. And because any Growth Energy member's ethanol is interchangeable with any other ethanol for purposes of being blended into transportation fuel or complying with the RFS, any such harm will be undifferentiated among Growth Energy's members and likely be incurred in proportion to their respective market shares.

11. A complete list of Growth Energy's members is:

Absolute Energy LLC

Ace Ethanol LLC

Adkins Energy LLC

ADM – Cedar Rapids Dry Mill

ADM – Cedar Rapids Wet Mill

ADM – Clinton

ADM – Columbus Dry Mill

ADM – Columbus Wet Mill

ADM – Decatur

ADM – Marshall

Big River Resources Boyceville LLC

Big River Resources Galva LLC

Big River Resources West Burlington LLC

Big River United Energy LLC

Blue Flint Ethanol

Bridgeport Ethanol LLC

Bushmills Ethanol

Cardinal Ethanol LLC – Colwich

Cardinal Ethanol LLC – Union City

Cargill – Blair

Cargill – Eddyville

Cargill – Fort Dodge

Conestoga – Arkalon Energy

Conestoga – Bonanza BioEnergy

Corn LP

Denco II LLC

Didion Ethanol LLC

Elite Octane LLC

Fox River Valley Ethanol LLC

Front Range Energy LLC

Gevo North Dakota

Glacial Lakes Energy LLC – Aberdeen

Glacial Lakes Energy LLC – Huron

Glacial Lakes Energy LLC – Mina

Glacial Lakes Energy LLC – Watertown

Golden Grain Energy LLC

Granite Falls Energy LLC

Husker Ag LLC

ICM Biofuels LLC

Iroquois Bio-Energy Company LLC

Kansas Ethanol LLC

Lincolnway Energy LLC

Marquis Energy LLC

Mid America Bio Energy & Commodities LLC

Nebraska Corn Processing LLC

Pennsylvania Grain Processing LLC

Pine Lake Corn Processors LLC

POET Bioprocessing – Alexandria

POET Bioprocessing – Arthur

POET Bioprocessing – Ashton

POET Bioprocessing – Big Stone

POET Bioprocessing – Bingham Lake

POET Bioprocessing – Caro

POET Bioprocessing – Chancellor

POET Bioprocessing – Cloverdale

POET Bioprocessing – Coon Rapids

POET Bioprocessing – Corning

POET Bioprocessing – Emmetsburg

POET Bioprocessing – Fairbank

POET Bioprocessing – Fairmont

POET Bioprocessing – Fostoria

POET Bioprocessing – Glenville

POET Bioprocessing – Gowrie

POET Bioprocessing – Groton

POET Bioprocessing – Hanlontown

POET Bioprocessing – Hudson

POET Bioprocessing – Iowa Falls

POET Bioprocessing – Jewell

POET Bioprocessing – Laddonia

POET Bioprocessing – Lake Crystal

POET Bioprocessing – Leipsic

POET Bioprocessing – Macon

POET Bioprocessing – Marion

POET Bioprocessing – Menlo

POET Bioprocessing – Mitchell

POET Bioprocessing – North Manchester

POET Bioprocessing – Portland

POET Bioprocessing – Preston

POET Bioprocessing – Shelbyville

POET Bioprocessing – Shell Rock

Redfield Energy LLC

Siouxland Energy Cooperative

SME Alcohol

Southwest Iowa Renewable Energy LLC

Sterling Ethanol LLC

Tharaldson Ethanol LLC

The Andersons – Albion

The Andersons – Clymers

The Andersons – Denison

The Andersons – Greenville

Three Rivers Energy

United Wisconsin Grain Producers LLC

Western New York Energy LLC

Western Plains Energy LLC

White Energy Hereford LLC

White Energy Plainview LLC

Yuma Ethanol LLC

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct based on my personal knowledge and information prepared by Growth Energy.

Executed this 29th day of September 2025.

Emily Skor