# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1180**                                    **September Term, 2025**

**EPA-90FR41829**

**Filed On: September 30, 2025** [2137897]

REH Company, LLC,

        Petitioner

   v.

Environmental Protection Agency,

        Respondent

------------------------------

Consolidated with 25-1187, 25-1196

## **O R D E R**

      It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner in case No. 25-1196 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | October 30, 2025 |
| Statement of Issues to be Raised | October 30, 2025 |

                                                **FOR THE COURT:**
                                                Clifton B. Cislak, Clerk

                 BY:     /s/
                           Elbert B.J. Lestrade
                           Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form