# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

**No. 25-1180**　　　　　　　　　　　　　　**September Term, 2025**

EPA-90FR41829

**Filed On: October 9, 2025**

REH Company, LLC,

　　　　Petitioner

　v.

Environmental Protection Agency,

　　　　Respondent

------------------------------

Consolidated with 25-1187, 25-1195, 25-1196, 25-1197

　　　**BEFORE:**　Katsas, Walker, and Childs, Circuit Judges

## O R D E R

　　Upon consideration of the motion to hold in abeyance and the opposition thereto, it is

　　**ORDERED** that the motion be denied. Respondent's responses to the motion to sever and for expedited briefing and consideration in No. 25-1187 and the motion to sever, consolidate, and expedite in No. 25-1197 are due within 7 days of the date of this order. As to the other pending motions, the parties are directed to file responses within 10 days of the date of this order.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:　/s/
　　Scott H. Atchue
　　Deputy Clerk