# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-1180**  **September Term, 2025**

EPA-90FR41829

**Filed On: October 20, 2025** [2141189]

REH Company, LLC,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

------------------------------

Consolidated with 25-1187, 25-1195, 25-1196, 25-1197, 25-1203, 25-1204, 25-1205, 25-1206, 25-1207, 25-1208, 25-1209, 25-1210, 25-1211, 25-1212, 25-1213, 25-1214

**O R D E R**

It is **ORDERED**, on the court's own motion, that case Nos. 25-1203, 25-1204, 25-1205, 25-1206, 25-1207, 25-1208, 25-1209, 25-1210, 25-1211, 25-1212, 25-1213, and 25-1214 be consolidated with case Nos. 25-1180, et al. Petitioners in the newly consolidated cases are directed to file the following documents by the indicated dates:

| | |
|---|---|
| Docketing Statement Form | November 19, 2025 |
| Statement of Issues to be Raised | November 19, 2025 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
       Scott H. Atchue
       Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form