# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1180**                          **September Term, 2025**

EPA-08/09/2019 Decision
EPA-90FR41829

**Filed On: October 22, 2025** [2141471]

REH Company, LLC,

       Petitioner

    v.

Environmental Protection Agency,

       Respondent

------------------------------

Consolidated with 25-1187, 25-1195, 25-1196, 25-1197, 25-1203, 25-1204, 25-1205, 25-1206, 25-1207, 25-1208, 25-1209, 25-1210, 25-1211, 25-1212, 25-1213, 25-1214, 25-1219

**O R D E R**

       It is **ORDERED**, on the court's own motion, that case No. 25-1219 be consolidated with case Nos. 25-1180, et al. Petitioner in the newly consolidated case is directed to file the following documents by the indicated dates:

| | |
|---|---|
| Docketing Statement Form | November 21, 2025 |
| Statement of Issues to be Raised | November 21, 2025 |

                                                         **FOR THE COURT:**
                                                         Clifton B. Cislak, Clerk

                       BY:     /s/
                                      Emily K. Campbell
                                      Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form