# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1180**                                    **September Term, 2025**

**EPA-08/09/2019 Decision**
**EPA-90FR41829**

**Filed On: October 27, 2025** [2142131]

REH Company, LLC,

      Petitioner

    v.

Environmental Protection Agency,

      Respondent

------------------------------

Consolidated with 25-1187, 25-1195, 25-1196, 25-1197, 25-1203, 25-1204, 25-1205, 25-1206, 25-1207, 25-1208, 25-1209, 25-1210, 25-1211, 25-1212, 25-1213, 25-1214, 25-1219, 25-1228, 25-1229

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioners in case Nos. 25-1228 and 25-1229 are directed to file the following documents by the indicated dates:

| | |
|---|---|
| Docketing Statement Form | November 26, 2025 |
| Statement of Issues to be Raised | November 26, 2025 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
        Emily K. Campbell
        Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form