# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CALUMET SHREVEPORT REFINING, LLC,<br><br>          Petitioner,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>          Respondent. | Case No. 25-1195<br><br>(consolidated with No. 25-1180) |

## PETITIONER CALUMET SHREVEPORT REFINING, LLC'S NON-BINDING STATEMENT OF THE ISSUES TO BE RAISED

In this action, Petitioner Calumet Shreveport Refining, LLC challenges agency actions taken as part of EPA's August 2025 decisions on small-refinery hardship petitions, collectively titled, "August 2025 Decisions on Petitions for RFS Small Refinery Exemptions," EPA-420-R-25-010. Per this Court's October 1, 2025 Order (Doc. 2138248), Calumet Shreveport respectfully submits this non-binding statement of the issues to be raised in this proceeding:

1. Whether EPA's decisions to deny complete hardship relief to Calumet Shreveport for the 2022, 2023, and 2024 compliance years was arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law?

2. Whether EPA's failure to timely decide Calumet Shreveport's hardship petitions, in violation of the Clean Air Act, was arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law, including because EPA failed to remedy the harm caused by its unlawfully delayed decisionmaking?

3. Whether EPA's August 2025 Decisions were in other respects arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law?

This statement is preliminary. Petitioner reserves the right to modify and amend its issues to be raised.

Dated: October 30, 2025

LeAnn Johnson Koch
Alexandra Magill Bromer
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: 202.654.6297
Facsimile: 202.654.6211
Leannjohnson@perkinscoie.com
ABromer@perkinscoie.com

Respectfully submitted,

*s/ Michael R. Huston*

Michael R. Huston
Karl J. Worsham
PERKINS COIE LLP
2525 East Camelback Road, Suite 500
Phoenix, AZ 85016
Telephone: 602.351.8000
Facsimile: 602.648.7000
MHuston@perkinscoie.com
KWorsham@perkinscoie.com

Attorneys for Calumet Shreveport Refining, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: October 30, 2025

*s/ Michael R. Huston*
Michael R. Huston
PERKINS COIE LLP