# Ex. A

ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| GROWTH ENERGY,<br><br>       *Petitioner*,<br><br>  v.<br><br>ENVIRONMENTAL PROTECTION AGENCY,<br><br>       *Respondent*.<br><br>RENEWABLE FUELS ASSOCIATION,<br><br>       *Petitioner*,<br><br>  v.<br><br>ENVIRONMENTAL PROTECTION AGENCY,<br><br>       *Respondent*. | Nos. 25-1226; 25-1228<br>(consolidated with<br>Nos. 25-1180, *et seq.*) |

## DECLARATION OF ETHAN JONES

I, Ethan Jones, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am the Treasurer and Secretary for the Coalition to Preserve Refined Fuel Markets ("Coalition"). In this role, I am responsible for, among other things, maintaining the Coalition's corporate governance framework and official records.

2. The Coalition is a business league organization representing multiple different companies that own and operate fuel refineries and import fuels into the United States. Our members do business in both small and large regional

Page 1 of 3

markets throughout the United States.

3. The Coalition's members are obligated parties under the Renewable Fuel Standard (RFS) that do not have small refinery exemptions (SREs). The Coalition represents member companies, including, but not limited to, certain subsidiaries of Valero Energy Corporation, as well as other refining entities, which between them own and operate more than fifteen non-exempt U.S. refineries that produce and sell gasoline and diesel.

4. The Coalition was formed to protect its members' interest in fair and free refined fuel markets. This includes advocating on behalf of members with respect to the regulation of renewable fuels through the RFS program and, if necessary, participating in litigation.

5. I am familiar with the Environmental Protection Agency's ("EPA's") August 2025 Decisions on Petitions for Small Refinery Exemptions ("SRE Decisions") under the Renewable Fuel Standard Program ("RFS"), at issue in these petitions for review.[1] The SRE Decisions place non-exempt refiners, including the Coalition's members, at a competitive disadvantage relative to refiners receiving SREs, and they increase regulatory costs for non-exempt refiners who may be forced to shoulder those exempted blending obligations. The Coalition was created to confront these types of competitive and regulatory distortions harming its

---

[1] EPA, *August 2025 Decisions on Petitions for RFS Small Refinery Exemptions*, EPA-420-R-010 (Aug. 2025), https://www.epa.gov/system/files/documents/2025-08/420r25010.pdf ("SRE Decisions").

members.

Dated: November 24, 2025

_____
Ethan Jones