No. 25-1226 (consolidated with No. 25-1180)

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

GROWTH ENERGY,

                   *Petitioner*,

v.

EPA,

                   *Respondent.*

---

On Petition for Review of Final Agency Action
of the Environmental Protection Agency

---

**PRELIMINARY STATEMENT OF ISSUES TO BE RAISED**

Growth Energy hereby submits the following preliminary, non-binding statement of issues to be raised for review with respect to EPA's "August 2025 Decisions on Petitions for RFS Small Refinery Exemptions," EPA-420-R-25-010 ("2025 SRE Decisions"), while reserving the right to revise or modify the issues it raises:

1) Whether EPA's 2025 SRE Decisions granting full or partial SREs were arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law;

2) Whether EPA's 2025 SRE Decisions granting full or partial SREs were in excess of statutory jurisdiction, authority, or limitations, or short of statutory right;

3) Whether EPA's 2025 SRE Decisions granting full or partial SREs were without observance of procedure required by law;

                Respectfully submitted,

                /s/ David M. Lehn
                DAVID M. LEHN
                BOIES SCHILLER FLEXNER LLP
                1401 NEW YORK Avenue NW
                Washington, DC 20035
                (202) 237-2727
                dlehn@bsfllp.com

November 25, 2025

## CERTIFICATE OF SERVICE

    I certify that on November 25, 2025, I caused a copy of the foregoing to be filed using the Court's EM/ECF system, which will automatically serve notice of the filing on all parties.

                                                /s/ David M. Lehn
                                                DAVID M. LEHN

November 25, 2025