**ORAL ARGUMENT NOT YET SCHEDULED**

**UNITED STATES COURT OF APPEALS FOR
THE DISTRICT OF COLUMBIA CIRCUIT**

REH COMPANY, LLC,

        *Petitioner,*

v.

U.S. ENVIRONMENTAL
PROTECTION AGENCY,

        *Respondent.*

No. 25-1180 & Consolidated Cases

**RESPONDENTS' UNOPPOSED MOTION TO EXTEND
DEADLINE TO LODGE CERTIFIED INDEX**

Respondents the U.S. Environmental Protection Agency and the U.S. Department of Energy respectfully request that this Court extend their deadline in these consolidated cases to lodge the Certified Index of the Administrative Record from December 12, 2025, until January 30, 2026. Respondents also request that this Court set a deadline of January 15, 2026, for the parties to submit a briefing schedule. As explained below in Paragraph 7, all the Petitioners in these consolidated cases do not oppose this extension request. In support of this request, the Government states as follows.

1. Petitioners in this case challenge the action entitled "*August 2025 Decisions on Petitions for RFS Small Refinery Exemptions*," EPA-420-R-25-010, noticed in the Federal Register at 90 Fed. Reg. 41829 (August 27, 2025).

2. The first Petition for Review challenging the August 2025 decisions was filed by REH Company, LLC, on August 28, 2025. ECF No. 2132515.

3. Since that initial filing, forty additional petitions have been filed in this Court challenging the August 2025 Decisions, which this Court proceeded to serially consolidate under lead case No. 25-1180. *See,* ECF. Nos. 2137897, 2138040, 2138248, 2141189, 2141471, 2142131, 2142180, 2142217, 2142574.

4. On November 19, 2025, this Court ordered that two of these-initially consolidated cases, Nos. 25-1187 and 25-1197, be severed from the main case and separately consolidated under lead case No. 25-1187. ECF No. 2146228.

5. In that same November 19, 2025, Order, this Court instructed Respondents to provide Certified Indexes in the remaining thirty-nine cases consolidated under No. 25-1180 by

December 12, 2025.  *Id.*

6.  Respondents require additional time to prepare the thirty-nine Certified Indexes for these consolidated cases.  Agency staff necessary to compile the Certified Indexes are simultaneously engaged in several SRE-related deadlines, including small refineries' petitions for 2025 volume exemptions and other litigation deadlines caused by the lapse in government appropriations, as well as the approaching winter holidays.  Thus, an extension until January 30, 2026, is necessary to allow Respondents to prepare the thirty-nine Certified Indexes.

7.  Counsel for Petitioners REH Company LLC; Calumet Shreveport Refining, LLC; Calumet Montana Refining, LLC; American Refining Group, Inc; Countrymark Refining and Logistics, LLC; Placid Refining Company LLC; San Joaquin Refining Co., Inc.; Par Montana, LLC; U.S. Oil & Refining Company; Wyoming Refining Company; The San Antonio Refinery LLC; Wynnewood Refining Company, LLC; Ergon Refining, Inc.; Ergon-West Virginia, Inc.; HF Sinclair Refining & Marketing LLC; HF Sinclair Casper Refining LLC; HF Sinclair Cheyenne Refining

LLC; HF Sinclair Parco Refining LLC; HF Sinclair Woods Cross Refining LLC; Delek Refining, Ltd.; Alon Refining Krotz Springs, Inc.; Lion Oil Company, LLC; CHS, Inc.; Alon USA, LP; Hunt Refining Company; and Suncor Energy (U.S.A.) Inc.; Kern Oil & Refining Co.; Growth Energy; Renewable Fuels Association; and Big West Oil, LLC have stated that they do not oppose this motion.

For these reasons, Respondents request that the deadline to lodge the Certified Indexes for these consolidated cases be extended from December 12, 2025, until January 30, 2025, and that the Court set a deadline of January 15, 2025, for the parties to submit a proposed briefing schedule.

| | |
|---|---|
| Dated: November 25, 2025 | Respectfully submitted,<br>ADAM R.F. GUSTAFSON<br>*Principal Deputy Assistant Attorney General*<br><br>/s/ *Redding Cofer Cates*<br>REDDING COFER CATES<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br>Post Office Box 7611<br>Washington, D.C. 20044<br>(202) 353-5561<br>redding.cates@usdoj.gov<br><br>*Counsel for Respondents* |

4

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing filing complies with the word limit of Fed. R. App. P. 27(d)(2) because it contains 506 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f). The filing complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (a)(6) because it was prepared in a proportionately spaced typeface using Microsoft Word in Century Schoolbook fourteen-point font.

*/s/ Redding Cofer Cates*