NOT YET SCHEDULED FOR ORAL ARGUMENT

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| RENEWABLE FUELS ASSOCIATION, )<br> )<br>*Petitioner*, )<br> )<br>v. )<br> )<br>U.S. ENVIRONMENTAL PROTECTION )<br>AGENCY, )<br> )<br>*Respondent*. )<br> ) | Case No. 25-1228<br>(consolidated with 25-1180) |

PETITIONER RENEWABLE FUELS ASSOCIATION'S
NON-BINDING STATEMENT OF THE ISSUES TO BE RAISED

Pursuant to this Court's order dated October 27, 2025, Petitioner Renewable Fuels Association ("RFA") hereby submits its non-binding statement of issues to be raised in support of its Petition for Review of the U.S. Environmental Protection Agency's ("EPA's" or "Agency's"), final action entitled "August 2025 Decisions on Petitions for RFS Small Refinery Exemptions," ("August 2025 SRE Decisions") EPA-420-R-25-010, issued on August 22, 2025. Petitioner intends to raise the following issues:

1. Whether EPA's August 2025 SRE Decisions, in which EPA granted 140 small refinery exemption petitions (in full or in part), was arbitrary, capricious, an abuse of discretion, or otherwise contrary to law?

2. Whether EPA exceeded its authority under the Clean Air Act when it granted 140 small refinery exemption petitions (in full or in part) in its August 2025 SRE Decisions?

This statement is preliminary. Petitioner reserves the right to modify and amend the issues to be raised.

Dated: November 26, 2025　　　　　　　Respectfully submitted,

/s/ *Matthew W. Morrison*
Matthew W. Morrison
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC 20036-3006
(202) 663-8036
matthew.morrison@pillsburylaw.com

*Counsel for Renewable Fuels Association*

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: November 26, 2025                Respectfully submitted,

/s/ *Matthew W. Morrison*
Matthew W. Morrison

*Counsel for Renewable Fuels Association*