**BOYDEN GRAY** PLLC

November 26, 2025

**Filed via CM/ECF**

Clifton Cislak
U.S. Court of Appeals for the
District of Columbia Circuit
333 Constitution Avenue NW
Washington, DC 20001

RE: *Growth Energy v. Environmental Protection Agency*, Case No. 25-1226; *Renewable Fuels Association v. Environmental Protection Agency*, Case No. 25-1228 (consolidated with Nos. 25-1180, *et seq.*)

Dear Mr. Cislak:

On November 24, 2025, the Coalition to Preserve Refined Fuel Markets (the "Coalition") moved to intervene in the two petitions for review listed in the above-caption cases. *See* Case No. 25-1226, Doc # 2147056. The motion stated that "Petitioner Growth Energy has not responded to the Coalition's request" for its position regarding the Coalition's motion to intervene "as of the time of filing."

On November 26, 2025, counsel for Growth Energy informed me that it does not oppose the Coalition's motion to intervene.

Respectfully submitted,

/s/ Michael Buschbacher
Michael Buschbacher

*Counsel for Coalition to Preserve Refined Fuel Markets*

800 Connecticut Ave, NW, Suite 900 | Washington, D.C. 20006 | +1 (202) 955 0620