# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. 25-1243 (consol. 25-1180)     2. DATE DOCKETED: 10-27-2025
3. CASE NAME (lead parties only)   Ergon Refining, Inc.   v.   U.S. Environmental Protection Agency
4. TYPE OF CASE: ☒ Review  ☐ Appeal  ☐ Enforcement  ☐ Complaint  ☐ Tax Court
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?  ☐ Yes  ☒ No
   If YES, cite statute
6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: U.S. Environmental Protection Agency
   b. Give agency docket or order number(s): EPA-420-R-25-010
   c. Give date(s) of order(s): Aug. 22, 2025 (notice published 90 Fed Reg. 41829 (Aug. 27, 2025))
   d. Has a request for rehearing or reconsideration been filed at the agency?  ☐ Yes  ☒ No
      If so, when was it filled?       By whom?
      Has the agency acted?  ☐ Yes  ☐ No  If so, when?
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      42 U.S.C. § 7607(b)
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☒ Yes  ☐ No  If YES, identify case name(s), docket number(s), and court(s)
      Cases consolidated under No. 25-1180 involve similar agency orders issued on the same date.
   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☒ Yes  ☐ No  If YES, give case name(s) and number(s) of these cases and identify court/agency:
      Some or all cases consolidated under No. 25-1180 (DC Cir.) involve similar issues.
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution?  ☐ Yes  ☒ No  If YES, provide program name and participation dates.

Signature s/ Michael R. Huston     Date 12-01-2025
Name of Counsel for Appellant/Petitioner Michael R. Huston
Address Perkins Coie LLP, 2525 East Camelback Road, Suite 500 Phoenix, AZ 85016
E-Mail MHuston@perkinscoie.com    Phone ( 602 ) 351-8000    Fax ( 602 ) 648-7000

**ATTACH A CERTIFICATE OF SERVICE**

**Note:** If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: December 1, 2025

                                        *s/ Michael R. Huston*
                                        Michael R. Huston
                                        PERKINS COIE LLP