# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SUNCOR ENERGY (U.S.A.) INC., *Petitioner*, v. U.S. ENVIRONMENTAL PROTECTION AGENCY and U.S. DEPARTMENT OF ENERGY, *Respondents*. | Case No. 25-1248 (consolidated with No. 25-1180 et al.) |

## PETITIONER'S NONBINDING STATEMENT OF ISSUES

Suncor Energy (U.S.A.) Inc. ("Petitioner") seeks review of a final action of the Environmental Protection Agency ("EPA") entitled "August 2025 Decisions on Petitions for RFS Small Refinery Exemptions," issued August 22, 2025 and published in the Federal Register on August 27, 2025 at 90 Fed. Reg. 41,829. As explained in the Petition for Review, Petitioner believes that EPA's decision must be challenged in the regional circuit where Petitioner's refineries are located, so this is a protective petition that Petitioner has filed out of an abundance of caution. Pursuant to this Court's order dated October 28, 2025, Petitioner submits the following preliminary and non-binding statement of issues to be raised in this petition:

1. For compliance years 2018, 2020-2022, and 2024 for the Suncor West Refinery:

    a. Whether respondent Department of Energy's findings that Petitioner's Suncor West Refinery did not demonstrate disproportionate economic hardship sufficient to justify an exemption from its obligations under the Renewable Fuel Standard were arbitrary and capricious.

    b. Whether respondent EPA's conclusions, in partial reliance on the findings of respondent Department of Energy, that Petitioner's Suncor West Refinery did not demonstrate disproportionate economic hardship sufficient to justify an exemption from its obligations under the Renewable Fuel Standard were arbitrary and capricious.

2. For compliance year 2023 for the Suncor West Refinery and compliance year 2024 for the Suncor East Refinery:

    a. Whether respondent Department of Energy's findings that Petitioner's Suncor West and Suncor East Refineries did not demonstrate disproportionate economic hardship sufficient to justify a total exemption from their obligations

under the Renewable Fuel Standard were arbitrary and capricious.

b. Whether respondent EPA's conclusions, in partial reliance on the findings of respondent Department of Energy, that Petitioner's Suncor West and Suncor East Refineries did not demonstrate disproportionate economic hardship sufficient to justify a total exemption from their obligations under the Renewable Fuel Standard were arbitrary and capricious.

Petitioner reserves the ability to amend its issues to be raised.

Dated:  December 1, 2025               Respectfully submitted,

/s/ *Daniel J. Feith*
Daniel J. Feith
Peter C. Whitfield
Peter A. Bruland
Cody M. Akins
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC  20005
(202) 736-8000
dfeith@sidley.com

*Counsel for Suncor Energy (U.S.A.) Inc.*

## CERTIFICATE OF SERVICE

I certify that on December 1, 2025, I electronically filed this document with the Clerk of the Court using the CM/ECF System, which will send notice to all registered CM/ECF users.

*/s/ Daniel J. Feith*
