<u>ORAL ARGUMENT NOT YET SCHEDULED</u>

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| GROWTH ENERGY,<br><br>　　　　　　　*Petitioner*,<br><br>　　v.<br><br>ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　　　　　　*Respondent*.<br>―――――――――――――――――<br><br>RENEWABLE FUELS ASSOCIATION,<br><br>　　　　　　　*Petitioner*,<br><br>　　v.<br><br>ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　　　　　　*Respondent*. | Nos. 25-1226; 25-1228<br>(consolidated with<br>Nos. 25-1180, *et seq.*) |

## <u>INTERVENOR COALITION TO PRESERVE REFINED FUEL MARKETS' NOTICE OF PARTICIPATION AND NON-BINDING STATEMENT OF ISSUES TO BE RAISED</u>

Pursuant to this Court's order of December 23, 2025, Intervenor Coalition to Preserve Refined Fuel Markets ("Coalition") states that it intends to participate in the briefing in support of Petitioners Growth Energy in No. 25-1226 and Renewable Fuels Association in No. 25-1228. As set forth more fully in Coalition's motion to intervene, *see* Doc. 2147056-2, Coalition is a group of petroleum refiners who are obligated parties under the Renewable Fuel Standard and thus have different interests than Petitioners Growth and Renewable Fuels Association, whose members produce renewable fuel that benefits from the program. Coalition accordingly requests that this Court's briefing order allow it a separate full-length intervenor brief.

Further, in accordance with the Court's order of December 23, 2025, Intervenor Coalition hereby submits this non-binding statement of issues to be raised in support of the Petitions for Review in Nos. 25-1226 and 25-1228, seeking review of the U.S. Environmental Protection Agency final action entitled, "August 2025 Decisions on Petitions for RFS Small Refinery Exemptions," EPA-420-R-25-010 (Aug. 22, 2025) ("August 2025 SRE Decisions"). Intervenor Coalition intends to raise the following issues:

1. Whether EPA's ex parte August 2025 SRE Decisions, which finalized EPA's decision to grant 140 small refinery exemptions in full or in part, were arbitrary, capricious, an abuse of discretion, unsupported by record evidence, or otherwise contrary to law.

2. Whether EPA's ex parte August 2025 SRE Decisions, which finalized EPA's decision to grant 140 small refinery exemptions in full or in part, exceeded EPA's authority under the Clean Air Act or violated the U.S. Constitution by failing to afford notice and an opportunity to be heard to obligated parties.

This Statement of Non-Binding issues is preliminary. Intervenor Coalition reserves the right to amend the issues it raises.

Dated: January 2, 2026

Respectfully submitted,

/s/ James R. Wedeking
Michael Buschbacher
 *Counsel of Record*
James R. Conde
Laura B. Ruppalt
James R. Wedeking
Boyden Gray PLLC
800 Connecticut Ave. NW
Washington, DC 20006
202-955-0620
mbuschbacher@boydengray.com

*Counsel for Coalition to Preserve Refined Fuel Markets*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of January, 2026, I electronically filed the foregoing document with the Clerk of this Court by using the CM/ECF system, which will serve all parties automatically.

/s/ James R. Wedeking

James R. Wedeking