# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-1180** | **September Term, 2025** |
| | EPA-90FR41829 |
| | EPA-90FR52385 |
| | Filed On: January 8, 2026 [2153443] |

REH Company, LLC,

      Petitioner

    v.

Environmental Protection Agency,

      Respondent

------------------------------

Coalition for Renewable Natural Gas and
Small Refineries of America,
                Intervenors

------------------------------

Consolidated with 25-1195, 25-1196,
25-1203, 25-1204, 25-1205, 25-1206,
25-1207, 25-1208, 25-1209, 25-1210,
25-1211, 25-1212, 25-1213, 25-1214,
25-1219, 25-1226, 25-1228, 25-1229,
25-1230, 25-1231, 25-1232, 25-1233,
25-1234, 25-1235, 25-1236, 25-1237,
25-1238, 25-1239, 25-1240, 25-1241,
25-1242, 25-1243, 25-1244, 25-1245,
25-1246, 25-1247, 25-1248, 25-1249,
25-1276, 25-1277, 25-1281

## O R D E R

Upon consideration of the petitioner's unopposed motion to consolidate, it is

**ORDERED** that the motion be granted, and these cases are hereby consolidated.

                                        **FOR THE COURT:**
                                        Clifton B. Cislak, Clerk

                            BY:    /s/
                                        Laura M. Morgan
                                        Deputy Clerk