# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

No. 25-1180                      September Term, 2025

EPA-90FR41829
EPA-90FR52385

Filed On: January 16, 2026 [2154643]

REH Company, LLC,

       Petitioner

    v.

Environmental Protection Agency,

       Respondent

------------------------------

Coalition for Renewable Natural Gas and
Small Refineries of America,
               Intervenors
------------------------------

Consolidated with 25-1195, 25-1196,
25-1203, 25-1204, 25-1205, 25-1206,
25-1207, 25-1208, 25-1209, 25-1210,
25-1211, 25-1212, 25-1213, 25-1214,
25-1219, 25-1226, 25-1228, 25-1229,
25-1230, 25-1231, 25-1232, 25-1233,
25-1234, 25-1235, 25-1236, 25-1237,
25-1238, 25-1239, 25-1240, 25-1241,
25-1242, 25-1243, 25-1244, 25-1245,
25-1246, 25-1247, 25-1248, 25-1249,
25-1276, 25-1277, 25-1281, 26-1010

**O R D E R**

    Upon consideration of the court's scheduling order filed January 14, 2026, in case No. 26-1010, it is, on the court's own motion,

    **ORDERED** that the order be vacated. It is

    **FURTHER ORDERED** that case No. 26-1010 be consolidated with case Nos. 25-1180, et al.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
       Scott H. Atchue
       Deputy Clerk