No. 26-1010 (consolidated with No. 25-1180)

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

GROWTH ENERGY,

*Petitioner*,

v.

EPA,

*Respondent.*

---

On Petition for Review of Final Agency Action
of the Environmental Protection Agency

---

**PRELIMINARY STATEMENT OF ISSUES TO BE RAISED**

Growth Energy hereby submits the following preliminary, non-binding statement of issues to be raised for review with respect to EPA's *November 2025 Decisions on Petitions for RFS Small Refinery Exemptions*, EPA-420-R-25-013, EPA-420-R-25-010 ("2025 SRE Decisions"), while reserving the right to revise or modify the issues it raises:

1) Whether EPA's 2025 SRE Decisions granting full or partial SREs were arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law;

1

2) Whether EPA's 2025 SRE Decisions granting full or partial SREs were in excess of statutory jurisdiction, authority, or limitations, or short of statutory right;

3) Whether EPA's 2025 SRE Decisions granting full or partial SREs were without observance of procedure required by law;

    Respectfully submitted,

    /s/ David M. Lehn
    DAVID M. LEHN
    BOIES SCHILLER FLEXNER LLP
    1401 NEW YORK Avenue NW
    Washington, DC 20035
    (202) 237-2727
    dlehn@bsfllp.com

January 16, 2026

## CERTIFICATE OF SERVICE

      I certify that on January 16, 2026, I caused a copy of the foregoing to be filed using the Court's EM/ECF system, which will automatically serve notice of the filing on all parties.

                                       /s/ David M. Lehn
                                       DAVID M. LEHN

January 16, 2026