**Boyden Gray PLLC**
800 Connecticut Avenue NW, Suite 900
Washington, DC 20006
(202) 955-0620

January 20, 2026

**Via CM/ECF**

Clifton Cislak
Clerk of the Court
U.S. Court of Appeals for
the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitute Avenue, NW
Washington, D.C. 20001

Re:   Rule 28(j) Letter in *Renewable Fuels Association v. Environmental Protection Agency*, No. 25-1281 (consolidated with No. 25-1180, et seq.).

Dear Mr. Cislak:

On January 12, 2026, the Coalition to Preserve Refined Fuel Markets ("Coalition") moved to intervene in the above-captioned case, challenging the Environmental Protection Agency's November 2025 Decisions on Petitions for RFS Small Refiner Exemptions (Nov. 2025) ("November SRE Decisions"). *See* Motion of Coalition to Preserve Refined Fuel Markets to Intervene in Support of Petitioner, No. 25-1281, Dkt. # 2153931 ("Motion"). The Motion requested that it "be construed as a motion to intervene in any petition for review filed by petitioner Growth Energy challenging the November SRE Decisions," which would be due by January 20, 2026. *Id.* at 3.

On the same day. Growth Energy filed its petition for review challenging the November SRE Decisions. *See Growth Energy v. U.S. Envt'l Prot. Agency*, No. 26-1010. Therefore, for the same reasons the Coalition should be granted leave to intervene in *Renewable Fuels Association v. Environmental Protection Agency*, No. 25-1281, as requested in the Motion, the Coalition should also be granted leave to intervene in *Growth Energy v. U.S. Environmental Protection Agency*, No. 26-1010.

Respectfully submitted,

/s/ James R. Conde
Michael Buschbacher
James R. Conde
  *Counsel of Record*
Laura B. Ruppalt
James R. Wedeking
BOYDEN GRAY PLLC
800 Connecticut Ave. NW
Suite 900
Washington, DC 20006
202-955-0620
jconde@boydengray.com

*Counsel for Coalition to Preserve Refined Fuel Markets*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 20th day of January, 2026, I electronically filed the foregoing document with the Clerk of this Court by using the CM/ECF system, which will serve all parties automatically.

                                                    /s/ James R. Conde
                                                    James R. Conde