# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1180**  **September Term, 2025**

EPA-90FR41829
EPA-90FR52385

Filed On: January 20, 2026

REH Company, LLC,

      Petitioner

   v.

Environmental Protection Agency,

      Respondent

------------------------------

Coalition for Renewable Natural Gas and
Small Refineries of America,
              Intervenors

------------------------------

Consolidated with 25-1195, 25-1196,
25-1203, 25-1204, 25-1205, 25-1206,
25-1207, 25-1208, 25-1209, 25-1210,
25-1211, 25-1212, 25-1213, 25-1214,
25-1219, 25-1226, 25-1228, 25-1229,
25-1230, 25-1231, 25-1232, 25-1233,
25-1234, 25-1235, 25-1236, 25-1237,
25-1238, 25-1239, 25-1240, 25-1241,
25-1242, 25-1243, 25-1244, 25-1245,
25-1246, 25-1247, 25-1248, 25-1249,
25-1276, 25-1277, 25-1281

     **BEFORE:**   Millett, Pan, and Garcia, Circuit Judges

### O R D E R

     Upon consideration of the motion to sever and hold in abeyance Nos. 25-1246, 25-1247, and 25-1248, the response thereto, and the reply; and the motion to extend

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-1180**                  **September Term, 2025**

the deadline to lodge the certified index, which includes a request to set a deadline for submission of a proposed briefing schedule, it is

     **ORDERED** that the motion to sever and hold in abeyance be granted. Nos. 25-1246, 25-1247, and 25-1248 are severed from No. 25-1180, et al., and are held in abeyance pending further order of the court. In each severed case, the parties are directed to file motions to govern future proceedings within 14 days of the disposition of the parallel regional-circuit case. It is

     **FURTHER ORDERED** that the parties in No. 25-1180, et al., submit, within 30 days of the date of this order, a proposed format and schedule for briefing. The parties are strongly urged to submit a joint proposal and are reminded that the court looks with extreme disfavor on repetitious submissions and will, where appropriate, require a joint brief of aligned parties with total words not to exceed the standard allotment for a single brief. Whether the parties are aligned or have disparate interests, they must provide *detailed* justifications for any request to file separate briefs or to exceed in the aggregate the standard word allotment. Requests to exceed the standard word allotment must specify the word allotment necessary for each issue.

**Per Curiam**