# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-1281**                                              **September Term, 2025**

EPA-90FR52385

Filed On: February 4, 2026 [2157545]

Renewable Fuels Association,

       Petitioner

    v.

Environmental Protection Agency,

       Respondent

------------------------------

Coalition to Preserve Refined Fuel Markets, et al.,

       Intervenors

------------------------------

Consolidated with 25-1180

## O R D E R

Upon consideration of petitioner's motion for leave to file statement of issues and docketing statement out of time, it is

**ORDERED** that the motion for leave to file be granted. The Clerk is directed to file the lodged statement of issues and the lodged docketing statement.

                                                       **FOR THE COURT:**
                                                       Clifton B. Cislak, Clerk

                                  BY:    /s/
                                                         Louis Karl Fisher
                                                         Deputy Clerk