# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 25-1180**                                        **September Term, 2025**

EPA-90FR41829
EPA-90FR52385

**Filed On: February 24, 2026** [2160825]

REH Company, LLC,

       Petitioner

   v.

Environmental Protection Agency,

       Respondent

------------------------------

Coalition for Renewable Natural Gas, et al.,
               Intervenors

------------------------------

Consolidated with 25-1195, 25-1196,
25-1203, 25-1204, 25-1205, 25-1206,
25-1207, 25-1208, 25-1209, 25-1210,
25-1211, 25-1212, 25-1213, 25-1214,
25-1219, 25-1226, 25-1228, 25-1229,
25-1230, 25-1231, 25-1232, 25-1233,
25-1234, 25-1235, 25-1236, 25-1237,
25-1238, 25-1239, 25-1240, 25-1241,
25-1242, 25-1243, 25-1244, 25-1245,
25-1249, 25-1276, 25-1277, 25-1281,
26-1010

**O R D E R**

     Upon consideration of the joint motion for extension of deadline for proposed briefing format and schedule, it is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1180**                                                     **September Term, 2025**

      **ORDERED** that the motion be granted.  The deadline for a proposed briefing format and schedule in these consolidated cases is now March 12, 2026.

                                        **FOR THE COURT:**
                                        Clifton B. Cislak, Clerk

                         BY:    /s/
                                        Louis Karl Fisher
                                        Deputy Clerk