No. 25-1180 (and consolidated cases)

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

REH Co., LLC,

*Petitioner*,

v.

EPA,

*Respondent.*

---

On Petition for Review of Final Action
of the Environmental Protection Agency

---

### RESPONSE OF GROWTH ENERGY, CLEAN FUELS ALLIANCE AMERICA, THE RENEWABLE FUELS ASSOCIATION, AND THE COALITION TO PRESERVE REFINED FUEL MARKETS TO EPA'S MOTION TO ENTER PROTECTIVE ORDER GOVERNING CONFIDENTIAL BUSINESS INFORMATION

EPA moved to enter a protective order governing materials "claimed as confidential business information," or "CBI." *See* ECF #2159747 (Feb. 18, 2026).

Growth Energy, Clean Fuels Alliance America, the Renewable Fuels Association, and the Coalition to Preserve Refined Fuel Markets do not oppose the entry of the protective order, and are prepared to abide by its terms. However, based on their experience in other cases involving small-refinery exemptions and based on the redacted Certified Index of Documents Comprising the

1

Administrative Record, *see* ECF #2160304, we anticipate that a significant portion of the material claimed as CBI in this case will not meet the standard for seal. Therefore, we reserve all rights to oppose or challenge the seal with respect to any document in the administrative record or otherwise placed in this case's record.

                                                             Respectfully submitted,

| | |
|---|---|
| /s/ James R. Conde | /s/ David M. Lehn |
| JAMES R. CONDE | DAVID M. LEHN |
| BOYDEN GRAY PLLC | BOIES SCHILLER FLEXNER LLP |
| 800 Connecticut Avenue NW | 1401 New York Avenue NW |
|   Suite 900 | Washington, DC 20035 |
| Washington, DC 20006 | (202) 237-2727 |
| (202) 955-0620 | dlehn@bsfllp.com |
| jconde@boydengray.com | |
| | *Counsel for Growth Energy and* |
| *Counsel for the Coalition to Preserve* | *Clean Fuels Alliance America* |
| *Refined Fuel Markets* | |
| | /s/ Matthew W. Morrison |
| | MATTHEW W. MORRISON |
| | BAKER BOTTS LLC |
| | 700 K Street, NW |
| | Washington, DC 20001 |
| | (202) 637-7780 |
| | matthew.morrison@bakerbotts.com |
| | |
| | *Counsel for the Renewable Fuels* |
| | *Association* |

March 2, 2026

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), the undersigned hereby certifies:

1. This filing complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 133 words, excluding the exempted portions, as provided in Federal Rule of Appellate Procedure 32(f). As permitted by Federal Rule of Appellate Procedure 32(g)(1), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

2. This filing complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 27(a)(5)-(6) because it was prepared in proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman font.

/s/ David M. Lehn  
DAVID M. LEHN

March 2, 2026

## CERTIFICATE OF SERVICE

I certify that today, I filed a copy of the forgoing using the Court's case management electronic case filing system, which will automatically serve notice of the filing on registered users of that system.

/s/ David M. Lehn
DAVID M. LEHN

March 2, 2026