# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1180**                                        **September Term, 2025**

**EPA-90FR41829**
**EPA-90FR52385**

**Filed On:**  April 7, 2026

REH Company, LLC,

       Petitioner

   v.

Environmental Protection Agency,

       Respondent

------------------------------

Coalition for Renewable Natural Gas, et al.,
           Intervenors
------------------------------

Consolidated with 25-1195, 25-1196,
25-1203, 25-1204, 25-1205, 25-1206,
25-1207, 25-1208, 25-1209, 25-1210,
25-1211, 25-1212, 25-1213, 25-1214,
25-1219, 25-1226, 25-1228, 25-1229,
25-1230, 25-1231, 25-1232, 25-1233,
25-1234, 25-1235, 25-1236, 25-1237,
25-1238, 25-1239, 25-1240, 25-1241,
25-1242, 25-1243, 25-1244, 25-1245,
25-1249, 25-1276, 25-1277, 25-1281,
26-1010

**BEFORE:**    Wilkins, Katsas, and Rao, Circuit Judges

# O R D E R

Upon consideration of the motion for entry of a protective order, the supplement thereto, and the response to the motion; and the joint briefing proposal, it is

**ORDERED** that the motion for entry of a protective order be granted, and that

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-1180**                                    **September Term, 2025**

the protective order be entered as modified by the court.  It is

      **FURTHER ORDERED** that the following briefing format and schedule will apply in these consolidated cases:

| | |
|---|---|
| Briefs of Small Refinery Petitioners (not to exceed a total of 26,000 words, to be divided between no more than two briefs) | July 10, 2026 |
| Brief of Biofuels Petitioners (not to exceed 17,000 words) | July 10, 2026 |
| Brief of Petitioner-Intervenor Coalition to Preserve Refined Fuel Markets (not to exceed 9,100 words) | July 31, 2026 |
| Respondents' Brief (not to exceed 43,000 words) | November 16, 2026 |
| Brief of Small Refinery Respondent-Intervenors (not to exceed 8,500 words) | December 14, 2026 |
| Lodged Brief of Biofuels Respondent-Movant-Intervenors (not to exceed 13,000 words) | December 14, 2026 |
| Reply Briefs of Small Refinery Petitioners (not to exceed a total of 13,000 words, to be divided between no more than two briefs) | January 20, 2027 |
| Reply Brief of Biofuels Petitioners (not to exceed 8,500 words) | January 20, 2027 |
| Reply Brief of Petitioner-Intervenor Coalition to Preserve Refined Fuel Markets (not to exceed 4,550 words) | January 20, 2027 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

## No. 25-1180                                    September Term, 2025

Deferred Joint Appendix                                    January 27, 2027

Final Briefs                                              February 3, 2027

The parties will be informed later of the date of oral argument and the composition of the merits panel.

The court reminds the parties that:

In cases involving direct review in this court of administrative actions, the brief of the appellant or petitioner must set forth the basis for the claim of standing. . . .  The brief must include arguments and cite evidence establishing by a "substantial probability" the claim of standing.

See D.C. Cir. Rule 28(a)(7); Sierra Club v. EPA, 292 F.3d 895, 898 (D.C. Cir. 2002).

Petitioners should raise all issues and arguments in the opening brief.  The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms.  While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known.  See D.C. Circuit Handbook of Practice and Internal Procedures 43-44 (2025); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due.  Filing by mail may delay the processing of the brief.  Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail.  See Fed. R. App. P. 25(a).  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  See D.C. Cir. Rule 28(a)(8).

**Per Curiam**