# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-1180** **September Term, 2025**

**EPA-90FR41829**
**EPA-90FR52385**

**Filed On: August 18, 2026** **[2188690]**

REH Company, LLC,

Petitioner

v.

Environmental Protection Agency,

Respondent

------------------------------

Coalition for Renewable Natural Gas, et al.,
Intervenors

------------------------------

Consolidated with 25-1195, 25-1196,
25-1203, 25-1204, 25-1205, 25-1206,
25-1207, 25-1208, 25-1209, 25-1210,
25-1211, 25-1212, 25-1213, 25-1214,
25-1219, 25-1226, 25-1228, 25-1229,
25-1230, 25-1231, 25-1232, 25-1233,
25-1234, 25-1235, 25-1236, 25-1237,
25-1238, 25-1239, 25-1240, 25-1241,
25-1242, 25-1243, 25-1244, 25-1245,
25-1249, 25-1276, 25-1277, 25-1281,
26-1010

## O R D E R

Upon consideration of the unopposed motion for extension of time to file reply in support of motion to correct or supplement the administrative record or for judicial notice, it is

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 25-1180** **September Term, 2025**

**ORDERED** that the motion for extension of time be granted. The reply deadline is now August 24, 2026.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Louis Karl Fisher
Deputy Clerk